JOHN A. HIERS, plaintiff in error, *vs.* E. H. WARD, defend-
ant in error.

There was no entry of service in the bill of exceptions,
and for that defendant's counsel moved to dismiss it.   Plain-
tiff's counsel said that the service of the bill of exceptions
was entrusted to local counsel, and asked time to show that
service was perfected.   The Court refused to give time, and
said service must appear on the bill of exception.

LYON, DEGRAFFENREID & IRVIN; W. G. PARKS; F.
M. PARKER, for plaintiff in error.

C. B. WOOTEN, for defendant.